IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Brookville Equipment Corp.** ) <br> _____ ) <br> _____ ) <br>         Plaintiff(s)    ) <br>     v.                    ) <br> **A. L. Lee Corp.** _____ ) <br> _____ ) <br> _____ ) <br>         Defendant(s)   ) | Civil Action No. 13-59 |

### REPORT OF NEUTRAL

A __mediation__ session was held in the above captioned matter __June 23, 2013__

The case (please check one):
   **x**   has resolved
   _____   has resolved in part (see below)
   _____   has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____
_____ will be held with the neutral within _____ days
_____ parties agree that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: __May 27, 2013__           _[signature]_
                                       Signature of Neutral

Rev.03/09