IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKVILLE EQUIPMENT CORPORATION,<br><br>   Plaintiff<br><br>   v.<br><br>A. L. LEE CORPORATION,<br><br>   Defendant. | Civil Action No. 2:13-cv-00059-AJS<br><br><br>**ELECTRONICALLY FILED** |

## STIPULATION AND DISMISSAL

IT IS HEREBY STIPULATED by and between the Plaintiff, Brookville Equipment Corporation and Defendant, A.L. Lee Corporation and upon the approval of this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties have entered into a Settlement Agreement resolving the above-captioned litigation, with all claims in this action to be dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

This Court retains jurisdiction to enforce this Stipulation and Dismissal and the settlement agreement made by the parties.


_____
United States District Judge

1

APPROVED AND CONSENTED TO:

| | |
|---|---|
| **BROOKVILLE EQUIPMENT CORPORATION** | **A.L. LEE CORPORATION** |
| By: /s/ Anthony W. Brooks | By: /s/ Lynn J. Alstadt |
|     Anthony W. Brooks |     Lynn J. Alstadt |
|     The Webb Law Firm |     Buchanan Ingersoll & Rooney, P.C. |
|     One Gateway Center |     One Oxford Centre |
|     420 Ft. Duquesne Blvd. Suite 1200 |     301 Grant Street, 20th Floor |
|     Pittsburgh, PA 15222 |     Pittsburgh, PA 15219 |
|     Attorney for Plaintiff |     Attorney for Defendant |